UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN KWANG, | CASE NO. C18-0178 MJP |
| Plaintiff, | |
| v. | MINUTE ORDER GRANTING WAIVER |
| ROYAL CANIN USA, INC., *et al.*, | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On March 20, 2018, attorney Andrew Schpak filed three applications for out-of-state counsel to appear *pro hac vice* for Defendants. Dkts. #8, #9 and #10. Mr. Schpak, who maintains offices in Portland, Oregon, but is also admitted to practice in the Western District of Washington, also entered his own notice of appearance on behalf of Defendants. Dkt. #11. The applications for *pro hac vice* counsel were subsequently denied because Mr. Schpak does not maintain a physical office in this District. Mr. Schpak now seeks a waiver of the physical office/local counsel requirement as he is admitted to practice in the State of Washington and in this District, is familiar with the Local Rules of this Court, and has appeared in this District on many occasions. *Id.*

MINUTE ORDER
PAGE - 1

The Court agrees that it is reasonable for Mr. Schpak to act as local counsel in this matter. Accordingly, the Court GRANTS Mr. Schpak's request for a waiver of the physical office requirement and will allow out of state counsel, Laura Bailey Gallagher, Thomas Davies, and Robert Vernon, to appear *pro hac vice* listing Mr. Schpak as local counsel.

Mr. Schpak and *pro hac vice* counsel are reminded that they are expected to be familiar with and follow the Court's Local Rules and any specific rules and orders of the presiding judge in this matter, the Honorable Marsha J. Pechman.

The Clerk shall send a copy of this Order to Mr. Schpak, Judge Pechman and to all appearing counsel.

DATED this 12th day of April 2018.

                                          WILLIAM McCOOL, Clerk

                                          By:    /s/ Paula McNabb
                                                        Deputy Clerk