# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALAN KWANG, <br><br> Plaintiff, <br><br> v. <br><br> ROYAL CANIN USA, INC., et al. <br><br> Defendants. | Case No. 2:18-cv-00178-MJP <br><br> Hon. Marsha J. Pechman <br><br> STIPULATION AND ~~[PROPOSED]~~ ORDER REQUESTING CONTINUANCE OF DISCOVERY CUTOFF <br><br> Noting Date: December 14, 2018 |

STIPULATION AND [PROPOSED] ORDER
REQUESTING CONTINUANCE - PAGE 1 OF 5

**DEFIANCE LAW PLLC**
1115 Tacoma Ave. S.
Tacoma, WA 98402
Tele: (253) 507-4769

Plaintiff, ALAN KWANG, and Defendant, ROYAL CANIN USA, INC., hereby stipulate as follows:

WHEREAS, the trial date currently set for this matter is May 13, 2019, and the current discovery cutoff date is December 14, 2018.

WHEREAS, the Parties have been diligent in their pursuit of discovery, having exchanged and responsed to written discovery requests and taking the depositions of key witnesses.

WHEREAS, the scheduling of witness depositions was difficult due to the place of residence of the witnesses along with calendaring conflicts of the witnesses and the attorneys in this matter.

WHEREAS, during witness depositions, the existence of documents and information, potentially relevant to this litigation, was brought to light and the witnesses provided contradictory testimony regarding these documents and information.

WHEREAS, considering this information, the Parties agree to a continuance of the discovery cutoff to January 14, 2019, to allow for a written request to be made of these documents and information.

WHEREAS, this is the first request for a continuance of any date in this action and the Parties request a short continuance to allow them to complete their discovery. This request will not impact the current trial date.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the respective attorneys of record for Plaintiff and Defendant, subject to the Court's approval as follows:

    1.    That the current discovery cutoff date of December 14, 2018, shall be continued to January 14, 2019;

STIPULATION AND [PROPOSED] ORDER
REQUESTING CONTINUANCE - PAGE 2 OF 5

DEFIANCE LAW PLLC
1115 Tacoma Ave. S.
Tacoma, WA 98402
Tele: (253) 507-4769

2. That all other dates set by the June 19, 2018 Order Setting Trial shall remain unchanged.

**IT IS SO STIPULATED.**

Dated: December 14, 2018          Defiance Law PLLC

                                  /s/Kevin P. Smith
                                  Kevin P. Smith, WSBA No. 48578
                                  Attorney for Plaintiff


                                  Harbor Law PLLC

                                  /s/Angie Lee
                                  Angie Lee, WSBA No. 47104
                                  Attorney for Plaintiff


                                  Town Center Law

                                  /s/Attila Dennes
                                  Attila Denes, WSBA No. 40436
                                  Attorney for Plaintiff


Dated: December 14, 2018          Barran Liebman LLP


                                  /s/Andrew M. Schpak
                                  Andrew M. Schpak, WSBA No. 39901
                                  Attorney for Defendant

                                  Harmon & Davies, P.C.


                                  /s/Laura B. Gallagher
                                  Laura B. Gallagher, Admitted *Pro Hac Vice*
                                  Attorney for Defendant

## **ORDER**

The Court has considered the above stipulation of the parties. The stipulation is hereby adopted by the Court.

Dated: December __18__, 2018

_____
Hon. Marsha J. Pechman

STIPULATION AND [PROPOSED] ORDER
REQUESTING CONTINUANCE - PAGE 4 OF 5

**DEFIANCE LAW PLLC**
1115 Tacoma Ave. S.
Tacoma, WA 98402
Tele: (253) 507-4769

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record in the above case.

DATED at Tacoma, Washington this 14th day of December, 2018.

_____
Kevin Smith, WSBA No. 48578
1115 Tacoma Ave. S.
Tacoma, WA 98402
Telephone: (253) 507-4769
Email: k.smith@defiance.law
Attorney for Plaintiff Alan Kwang